[No. 32994-8-II. Division Two. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH DUANE NEER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00101-9, Stephen M. Warning, J., entered March 15, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.

[Nos. 23540-8-III; 24630-2-III. Division Three. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ANTHONY STINSON, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES ANTHONY STINSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01109-5, Gregory D. Sypolt and Salvatore F. Cozza, JJ., entered August 11 and October 29, 2004, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 23700-1-III. Division Three. August 15, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE JOSHUA YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 04-1-00068-8, Richard W. Miller, J., entered December 13, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J.